782 A.2d 421

JOSEPH TOMAINO, PLAINTIFF–PETITIONER, v. DR. SHELDON
O. BURMAN, ET AL., DEFENDANTS–RESPONDENTS.

July 26, 2001.

Petition for certification is granted, and the matter is summarily
remanded to the Appellate Division for reconsideration in light of
*Fertile v. St. Michael's Medical Center,* 169 *N.J.* 481, 779 *A.*2d
1078 (2001).